UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| John R. Kelly, | | |
| | Plaintiffs, | 5:02-CV-641 (DEP) |
| | | LEAD CASE |
| vs. | | |
| | | 5:02-CV-659 (DEP) |
| | | 5:02-CV-660 (DEP) |
| Sgt. Burn, et al., | | 5:02-CV-661 (DEP) |
| | | MEMBER CASES |
| | Defendants. | |

## MINUTE ORDER

The Court has been advised by counsel that for now the matters raised in this action be adjourned until such time the plaintiff can obtain the necessary funds for transport to the court for trial purposes or until the plaintiff is released from custody. The plaintiff reserves the right to request additional relief in the future. Therefore, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

 **IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that additional relief is needed.

Upon notification to reopen the action, the parties are directed to request a conference with the Court so that the outstanding matter can be resolved.

The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Date:   August 7, 2006
        Syracuse, New York

_____
David E. Peebles
U.S. Magistrate Judge